UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RISHAV SHARMA,<br><br>        Plaintiff,<br><br>v.<br><br>MKS INSTRUMENTS, INC.,<br><br>        Defendant. | Case No. 1:23-CV-10948 |

**PLAINTIFF'S VOLUNTARY DISMISSAL OF CLAIMS AGAINST DEFENDANT, MKS INSTRUMENTS, INC., WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Rishav Sharma, by and through his undersigned counsel, hereby voluntarily dismisses his claims against MKS Instruments, Inc., without prejudice.

DATED: September 13, 2023    Respectfully submitted,

                    */s/ Christina Xenides*
                    Christina Xenides
                    Tyler J. Bean
                    Mason A. Barney
                    **SIRI & GLIMSTAD LLP**
                    745 Fifth Avenue, Suite 500
                    New York, New York 10151
                    Tel: (212) 532-1091
                    E: cxenides@sirillp.com
                    E: tbean@sirillp.com
                    E: mbarney@sirillp.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2023, the foregoing document was served via this Court's CM/ECF system to all counsel of record.

*/s/ Christina Xenides*
Christina Xenides